UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :    CONSENT PRELIMINARY ORDER
              - v. -                                              :    OF FORFEITURE/
                                                                  :    MONEY JUDGMENT
INESSA MUCHNIK,                                                   :
                                                                  :    21 Cr. 54 (LTS)
              Defendant.                                          :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about January 25, 2021, INESSA MUCHNIK (the "Defendant"), was charged in an Information, 21 Cr. 54 (LTS) (the "Information"), with conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 1349 (Count One); health care fraud, in violation of Title 18, United States Code, Sections 1347 and 2 (Count Two); and conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count Three);

WHEREAS, the Information included a forfeiture allegation as to Counts One and Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), of any and all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information;

WHEREAS, the Information included a forfeiture allegation as to Count Three of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in Count Three of the Information, or any property traceable to such property, including but not

limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count Three of the Information;

WHEREAS, on or about January 25, 2021, the Defendant pled guilty to Counts One through Three of the Indictment and admitted the forfeiture allegations with respect to Counts One through Three of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $533,000 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained, and the property involved in the offense charged in Count Three of the Information, for which the Defendant is jointly and severally liable with co-conspirator Greg Miller, charged in *United States v. Greg Miller*, 20 Cr. 134 (KPG) ("Miller"), to the extent a forfeiture money judgment was entered against Miller in that case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained, and the property involved in the offense charged in Count Three of the Information, cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Timothy Capozzi, of counsel, and the Defendant and her counsel, Michael C. Farkas, Esq., that:

1.      As a result of the offenses charged in Counts One through Three of the Information, to which the Defendant pled guilty, a money judgment in the amount of $533,000 in United States currency (the "Money Judgment"), representing the amount proceeds traceable to

the offenses charged in Counts One and Two of the Information that the Defendant personally obtained, and the property involved in the offense charged in Count Three of the Information, for which the Defendant is jointly and severally liable with Miller, to the extent a forfeiture money judgment was entered against Miller in his case, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, INESSA MUCHNIK, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.    The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.     The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     7/19/24
       TIMOTHY V. CAPOZZI                           DATE
       Assistant United States Attorney
       26 Federal Plaza
       New York, NY 10278
       (212) 637- 2404


INESSA MUCHNIK

By: _____     7/19/24
       INESSA MUCHNIK                               DATE

By: _____     7/19/24
       MICHAEL C. FARKAS, ESQ.                    DATE
       Michael C. Farkas, Esq., PLLC
       Attorney for Defendant
       32 Court Street, Suite 408
       Brooklyn, NY 11201


SO ORDERED:

_____     7/19/2024
HONORABLE LAURA TAYLOR SWAIN          DATE
CHIEF UNITED STATES DISTRICT JUDGE