MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

32 Court Street, Suite 408
Brooklyn, New York 11201

546 5th Avenue, 6th Floor
New York, New York 10036

September 3, 2026

Via ECF

**MEMO ENDORSED**

The Honorable Laura T. Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10007

Re: United States v. Muchnik
21 CR 54

Your Honor:

I write to request that the Court issue an Order to the Department of Pre-Trial Services, directing same to release and return the defendant's passport. I have been informed by my client that Pre-Trial Services does not object to the return of her passport, but requires the requested Order in order to do.

I have also conferred with AUSA Timothy Capozzi, who indicates that the government does not object to this request.

Thank you.

Very truly yours,

Michael C. Farkas

The foregoing request is granted. Pretrial Services is respectfully directed to return Ms. Muchnik's passport. Docket entry no. 42 is resolved.

SO ORDERED.

September 4, 2026
/s/ Laura Taylor Swain, Chief USDJ